STADCO AUTOMATICS DIV
632 FAIRFIELD YELLOW SPRINGS
FAIRBORN OH 45324



DENNIS C TRAMMELL
5790 EMERALD LAKES D
MEDINA OH 44256

Check stub for the period 05/15/2016
to 05/21/2016
with a pay date of May 26, 2016

**EMPLOYEE AND TAX INFO**  Paycor EEID 6075-8355-2100-66   **OTHER INFO**   Direct Deposit # 1018293012

Employee # 334
Department # 70
SSN: ***-**-9959

FITWH   M 0
OH      M 0

| WEEKLY | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 79.40 | 40.00 | 3,176.00 | 824.00 | 65,425.60 | 401k | 463.70 | 9,737.70 | FITWH | 455.90 | 9,573.90 |
| Hol | | | | 16.00 | 1,270.40 | Den EE+Spo | 3.29 | 69.09 | MED | 44.98 | 944.58 |
| | | | | | | KMat | 127.04 | 2,667.84 | SOC | 192.34 | 4,039.14 |
| | | | | | | Med EE+Spo | 69.40 | 1,457.40 | OH | 106.13 | 2,228.73 |
| | | | | | | Vis EE+Spo | 1.03 | 21.63 | OHFAC | 46.53 | 977.13 |

| NET 1,792.70 | TOTALS | 40.00 | 3,176.00 | 840.00 | 66,696.00 | | 537.42 | 11,285.82 | | 845.88 | 17,763.48 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

STADCO AUTOMATICS DIV
632 FAIRFIELD YELLOW SPRINGS
FAIRBORN OH 45324

Direct Deposit # 1018293012
Date 05/26/2016

Pay this Amount

** NON-NEGOTIABLE** DIRECT DEPOSIT RECEIPT **

VOID ** VOID **

Pay to the
Order of

DENNIS C TRAMMELL           70   DD
5790 EMERALD LAKES D
MEDINA OH 44256

DIRECT DEPOSIT $1,792.70
TO ACCOUNT #   XXXXXX3537
BANK #         XXXXX0124

**NON-NEGOTIABLE**

STADCO AUTOMATICS DIV
632 FAIRFIELD YELLOW SPRINGS
FAIRBORN OH 45324



DENNIS C TRAMMELL
5790 EMERALD LAKES D
MEDINA OH 44256

Check stub for the period 05/22/2016
to 05/28/2016
with a pay date of Jun 2, 2016

**EMPLOYEE AND TAX INFO**     Paycor EEID 6075-8355-2100-66     **OTHER INFO**     Direct Deposit # 1018338545

Employee # 334         FITWH   M 0
Department # 70        OH      M 0
SSN: ***-**-9959

| WEEKLY | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 79.40 | 40.00 | 3,176.00 | 864.00 | 68,601.60 | 401k | 463.70 | 10,201.40 | FITWH | 455.90 | 10,029.80 |
| Hol | | | | 16.00 | 1,270.40 | Den EE+Spo | 3.29 | 72.38 | MED | 44.98 | 989.56 |
| | | | | | | KMat | 127.04 | 2,794.88 | SOC | 192.34 | 4,231.48 |
| | | | | | | Med EE+Spo | 69.40 | 1,526.80 | OH | 106.13 | 2,334.86 |
| | | | | | | Vis EE+Spo | 1.03 | 22.66 | OHFAC | 46.53 | 1,023.66 |
| **NET** 1,792.70 | **TOTALS** | 40.00 | 3,176.00 | 880.00 | 69,872.00 | | 537.42 | 11,823.24 | | 845.88 | 18,609.36 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

STADCO AUTOMATICS DIV
632 FAIRFIELD YELLOW SPRINGS
FAIRBORN OH 45324

Direct Deposit # 1018338545
Date 06/02/2016

Pay this Amount

** NON-NEGOTIABLE** DIRECT DEPOSIT RECEIPT **          VOID ** VOID **

DIRECT DEPOSIT $1,792.70
TO ACCOUNT #  XXXXXX3537
BANK #        XXXXX0124

Pay to the Order of     DENNIS C TRAMMELL     70    DD
                        5790 EMERALD LAKES D
                        MEDINA OH 44256

**NON-NEGOTIABLE**

| | STADCO AUTOMATICS DIV | | | 632 FAIRFIELD YELLOW SPRINGS | | FAIRBORN OH 45324 | | | | | Check: 5296128 | Pay Date: 06/09/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EE # 334 | DENNIS C TRAMMELL | | | EEID 6075-8355-2100-66 | | DEPT # 70 | | | SSN ***-**-9959 | | Period: | 05/29/2016 to 06/04/2016 |
| WEEKLY | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ | OTHER INFORMATION |
| Hourly | 79.40 | 32.00 | 2,540.80 | 896.00 | 71,142.40 | 401k | 463.70 | 10,665.10 | FITWH | 455.90 | 10,485.70 | |
| Hol | 79.40 | 8.00 | 635.20 | 24.00 | 1,905.60 | Den EE+Spo | 3.29 | 75.67 | MED | 44.98 | 1,034.54 | |
| | | | | | | KMat | 127.04 | 2,921.92 | SOC | 192.34 | 4,423.82 | |
| | | | | | | Med EE+Spo | 69.40 | 1,596.20 | OH | 106.13 | 2,440.99 | |
| | | | | | | Vis EE+Spo | 1.03 | 23.69 | OHFAC | 46.53 | 1,070.19 | |
| | | | | | | | | | | | | FITWH M 0 |
| | | | | | | | | | | | | OH M 0 |
| | TOTALS | 40.00 | 3,176.00 | 920.00 | 73,048.00 | | 537.42 | 12,360.66 | | 845.88 | 19,455.24 | NET 1,792.70 |

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back.

Check #
Date

Pay this Amount

**NON-NEGOTIABLE**

Pay to the
Order of



| EE # | | | EEID | | | DEPT # | | | SSN | | | Check: | Pay Date: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Period: | to |
| | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ | OTHER INFORMATION | |
| | | | | | | | | | | | | | |
| TOTALS | | | | | | | | | | | | NET | |

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back.

**NON-NEGOTIABLE**

Pay this Amount

Pay to the Order of

Check #
Date

---

| STADCO AUTOMATICS DIV | | | 632 FAIRFIELD YELLOW SPRINGS | | | FAIRBORN OH 45324 | | | | | | Check: 5301651 | Pay Date: 06/16/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EE # 334 | DENNIS C TRAMMELL | | | EEID 6075-8355-2100-66 | | DEPT # 70 | | | SSN ***-**-9959 | | | Period: 06/05/2016 to 06/11/2016 | |
| WEEKLY | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ | OTHER INFORMATION | |
| Hourly | 79.40 | 40.00 | 3,176.00 | 936.00 | 74,318.40 | 401k | 463.70 | 11,128.80 | FITWH | 455.90 | 10,941.60 | | |
| Hol | | | | 24.00 | 1,905.60 | Den EE+Spo | 3.29 | 78.96 | MED | 44.98 | 1,079.52 | | |
| | | | | | | KMat | 127.04 | 3,048.96 | SOC | 192.34 | 4,616.16 | | |
| | | | | | | Med EE+Spo | 69.40 | 1,665.60 | OH | 106.13 | 2,547.12 | | |
| | | | | | | Vis EE+Spo | 1.03 | 24.72 | OHFAC | 46.53 | 1,116.72 | | |
| | | | | | | | | | | | | FITWH M 0 | |
| | | | | | | | | | | | | OH M 0 | |
| | TOTALS | 40.00 | 3,176.00 | 960.00 | 76,224.00 | | 537.42 | 12,898.08 | | 845.88 | 20,301.12 | NET | 1,792.70 |

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back.

STADCO AUTOMATICS DIV
632 FAIRFIELD YELLOW SPRINGS
FAIRBORN OH 45324

8-12   410

Check # 5301651
Date   06/16/2016
Void After 180 Days

Pay this Amount

ONE THOUSAND SEVEN HUNDRED NINETY-TWO & 70/100 DOLLARS***    $*****1,792.70

Pay to the Order of

70

DENNIS C TRAMMELL
5790 EMERALD LAKES D
MEDINA OH 44256

PNC BANK, OHIO

Paycor, Inc.

⑆005301651⑆ ⑈041000124⑈ 4206143865⑆

16-51734-amk    Doc 4    FILED 07/20/16    ENTERED 07/20/16 16:19:03    Page 4 of 8

| EE # | | | | | EEID | DEPT # | | | SSN | | | Check:<br>Period: | Pay Date:<br>to |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ | OTHER INFORMATION | |
| | | | | | | | | | | | | | |
| TOTALS | | | | | | | | | | | | NET | |

**NON-NEGOTIABLE**

---

VOID VOID VOID VOID

Check #:
Date:

Pay this Amount

**NON-NEGOTIABLE**

Pay to the Order of

VOID VOID VOID

---

| STADCO AUTOMATICS DIV | | | 632 FAIRFIELD YELLOW SPRINGS | | | FAIRBORN OH 45324 | | | | | Check: 5306900 | | Pay Date: 06/23/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EE # 334 | DENNIS C TRAMMELL | | | EEID 6075-8355-2100-66 | | DEPT # 70 | | | SSN ***-**-9959 | | Period: | 06/12/2016 to 06/18/2016 | |
| WEEKLY | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ | OTHER INFORMATION | |
| Hourly | 79.40 | 40.00 | 3,176.00 | 978.00 | 77,494.40 | 401k | 463.70 | 11,592.50 | FITWH | 455.90 | 11,397.50 | | |
| Hol | | | | 24.00 | 1,905.60 | Den EE+Spo | 3.29 | 82.25 | MED | 44.98 | 1,124.50 | | |
| | | | | | | KMat | 127.04 | 3,176.00 | SOC | 192.34 | 4,808.60 | | |
| | | | | | | Med EE+Spo | 69.40 | 1,735.00 | OH | 106.13 | 2,653.25 | | |
| | | | | | | Vis EE+Spo | 1.03 | 25.75 | OHFAC | 46.53 | 1,163.25 | | |
| | | | | | | | | | | | | FITWH M 0 | |
| | | | | | | | | | | | | OH M 0 | |
| | TOTALS | 40.00 | 3,176.00 | 1,000.00 | 79,400.00 | | 537.42 | 13,435.50 | | 845.88 | 21,147.00 | NET | 1,792.70 |

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back.

VOID VOID VOID VOID

STADCO AUTOMATICS DIV
632 FAIRFIELD YELLOW SPRINGS
FAIRBORN OH 45324

6-12 / 410

Check # 5306900
Date  06/23/2016
Void After 180 Days

Pay this Amount

ONE THOUSAND SEVEN HUNDRED NINETY-TWO & 70/100 DOLLARS**   $*****1,792.70

Pay to the
Order of
DENNIS C TRAMMELL
5790 EMERALD LAKES D
MEDINA OH 44256

PNC BANK, OHIO

Paycor, Inc.

⑈005306900⑈ ⑉041000124⑉ 4206143865⑈

STADCO AUTOMATICS DIV
632 FAIRFIELD YELLOW SPRINGS
FAIRBORN OH 45324



DENNIS C TRAMMELL
5790 EMERALD LAKES D
MEDINA OH 44256

Check stub for the period 06/19/2016
to 06/25/2016
with a pay date of Jun 30, 2016

**EMPLOYEE AND TAX INFO**    Paycor EEID 6075-8355-2100-66    **OTHER INFO**    Direct Deposit # 1018498086

Employee # 334
Department # 70
SSN: ***-**-9959

FITWH M 0
OH M 0

| WEEKLY | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 79.40 | 40.00 | 3,176.00 | 1,016.00 | 80,670.40 | 401k | 463.70 | 12,056.20 | FITWH | 455.90 | 11,853.40 |
| Hol | | | | 24.00 | 1,905.60 | Den EE+Spo | 3.29 | 85.54 | MED | 44.98 | 1,169.48 |
| | | | | | | KMat | 127.04 | 3,303.04 | SOC | 192.34 | 5,000.84 |
| | | | | | | Med EE+Spo | 69.40 | 1,804.40 | OH | 106.13 | 2,759.38 |
| | | | | | | Vis EE+Spo | 1.03 | 26.78 | OHFAC | 46.53 | 1,209.78 |
| **NET** 1,792.70 | **TOTALS** | 40.00 | 3,176.00 | 1,040.00 | 82,576.00 | | - 537.42 | 13,972.92 | | 845.88 | 21,992.88 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

STADCO AUTOMATICS DIV
632 FAIRFIELD YELLOW SPRINGS
FAIRBORN OH 45324

Direct Deposit # 1018498086
Date 06/30/2016

Pay this Amount

** NON-NEGOTIABLE** DIRECT DEPOSIT RECEIPT **     VOID ** VOID **

DIRECT DEPOSIT $1,792.70
TO ACCOUNT # XXXXXX3537
BANK # XXXXX0124

Pay to the
Order of

DENNIS C TRAMMELL
5790 EMERALD LAKES D
MEDINA OH 44256

70 DD

**NON-NEGOTIABLE**

STADCO AUTOMATICS DIV
632 FAIRFIELD YELLOW SPRINGS
FAIRBORN OH 45324



DENNIS C TRAMMELL
5790 EMERALD LAKES D
MEDINA OH 44256

Check stub for the period  06/26/2016
to  07/02/2016
with a pay date of  Jul 7, 2016

**EMPLOYEE AND TAX INFO**  Paycor EEID 6075-8355-2100-66  **OTHER INFO**  Direct Deposit # 1018541744

Employee # 334  FITWH  M 0
Department # 70  OH  M 0
SSN: \*\*\*-\*\*-9959

| WEEKLY | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 79.40 | 40.00 | 3,176.00 | 1,056.00 | 83,846.40 | 401k | 463.70 | 12,519.90 | FITWH | 455.90 | 12,309.30 |
| Hol | | | | 24.00 | 1,905.60 | Den EE+Spo | 3.29 | 88.83 | MED | 44.98 | 1,214.46 |
| | | | | | | KMat | 127.04 | 3,430.08 | SOC | 192.34 | 5,193.18 |
| | | | | | | Med EE+Spo | 69.40 | 1,873.80 | OH | 106.13 | 2,865.51 |
| | | | | | | Vis EE+Spo | 1.03 | 27.81 | OHFAC | 46.53 | 1,256.31 |
| **NET** 1,792.70 | **TOTALS** | 40.00 | 3,176.00 | 1,080.00 | 85,752.00 | | 537.42 | 14,510.34 | | 845.88 | 22,838.76 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

STADCO AUTOMATICS DIV
632 FAIRFIELD YELLOW SPRINGS
FAIRBORN OH 45324

Direct Deposit # 1018541744
Date  07/07/2016

Pay this Amount

\*\* NON-NEGOTIABLE\*\* DIRECT DEPOSIT RECEIPT \*\*     VOID \*\* VOID \*\*

DIRECT DEPOSIT $1,792.70
TO ACCOUNT #  XXXXXX3537
BANK #  XXXXX0124

**NON-NEGOTIABLE**

Pay to the
Order of   DENNIS C TRAMMELL   70  DD
5790 EMERALD LAKES D
MEDINA OH 44256

STADCO AUTOMATICS DIV
632 FAIRFIELD YELLOW SPRINGS
FAIRBORN OH 45324



DENNIS C TRAMMELL
5790 EMERALD LAKES D
MEDINA OH 44256

Check stub for the period 07/03/2016
to 07/09/2016
with a pay date of Jul 14, 2016

**EMPLOYEE AND TAX INFO**   Paycor EEID 6075-8355-2100-66   **OTHER INFO**   Direct Deposit # 1018581393

Employee # 334   FITWH M 0
Department # 70   OH M 0
SSN: ***-**-9959

| WEEKLY | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | 39.67 | 32.00 | 1,269.44 | 1,088.00 | 85,115.84 | 401k | 79.34 | 12,599.24 | FITWH | 172.56 | 12,481.86 |
| Hol | 39.67 | 8.00 | 317.36 | 32.00 | 2,222.96 | Den EE+Spo | 3.29 | 92.12 | MED | 21.94 | 1,236.40 |
| | | | | | | KMat | 63.47 | 3,493.55 | SOC | 93.81 | 5,286.99 |
| | | | | | | Med EE+Spo | 69.40 | 1,943.20 | OH | 45.13 | 2,910.64 |
| | | | | | | Vis EE+Spo | 1.03 | 28.84 | OHFAC | 22.70 | 1,279.01 |
| **NET** 1,077.60 | **TOTALS** | 40.00 | 1,586.80 | 1,120.00 | 87,338.80 | | 153.06 | 14,663.40 | | 356.14 | 23,194.90 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

STADCO AUTOMATICS DIV
632 FAIRFIELD YELLOW SPRINGS
FAIRBORN OH 45324

Direct Deposit # 1018581393
Date 07/14/2016

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **   VOID ** VOID **

DIRECT DEPOSIT $1,077.60
TO ACCOUNT # XXXXXX3537
BANK # XXXXX0124

Pay to the Order of   DENNIS C TRAMMELL   70  DD
5790 EMERALD LAKES D
MEDINA OH 44256

**NON-NEGOTIABLE**