UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Dennis C. Trammell** | : | Case No.: 16-51734 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Alan M. Koschik |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for **Daniel C. Wolters** as counsel of record for creditor **Bank of America, N.A.** ("Creditor"). **Daniel C. Wolters** is no longer counsel for Creditor.

| | |
|---|---|
| /s/ Daniel C. Wolters | /s/ Adam B. Hall |
| Daniel C. Wolters (0076521) | Adam B. Hall (0088234) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | abh@manleydeas.com |

17-002231_PS

## **CERTIFICATE OF SERVICE**

       This is to certify that on May 14, 2017, a true and accurate copy of the foregoing Notice of Substitution of Counsel for Creditor was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

   Office of U.S. Trustee, Northern District of Ohio, Party of Interest, (Registered address)@usdoj.gov

   Keith Rucinski, Chapter 13 Trustee, efilings@ch13akron.com

   Debra E. Booher, Attorney for Dennis C. Trammell, charlotte@bankruptcyinfo.com

and on the below listed parties by regular U.S. mail, postage prepaid:

   Dennis C. Trammell, 5790 Emerald Lakes Drive, Medina, OH  44256

                                            /s/ Adam B. Hall

17-002231_PS