This document was signed electronically on May 23, 2017, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: May 23, 2017



_____
ALAN M. KOSCHIK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Dennis C. Trammell | : | Case No.: 16-51734 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Alan M. Koschik |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |

**AGREED ORDER GRANTING RELIEF FROM STAY AS TO PERSONAL PROPERTY
2007 AM HERITAGE 45E
VIN #4VZAU1C907C058383**

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by Bank of America, N.A. ("Creditor") as Docket Number 25 with respect to the certain 2007 AM Heritage, VIN # 4VZAU1C907C058383 (the "Collateral").

17-002231_JMR

Creditor has alleged that good cause exists for granting the Motion and that Dennis C. Trammell ("Debtor"), counsel for the Debtor, the Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. The Debtor, by and through counsel, has filed an Objection and has withdrawn same as is manifested by counsel's signature at the end hereof. No other party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE ORDERED** that:

1. The Motion is granted and the automatic stay imposed by 11 U.S.C. § 362(a) of the Bankruptcy Code is terminated with respect to Creditor and its successors and assigns, regarding the Collateral.

2. The Chapter 13 Trustee shall discontinue payments to Creditor on its claim under the Chapter 13 Plan filed by the Debtor.

3. Creditor is directed to file a report of sale promptly following liquidation of the 2007 AM Heritage 45E (the "Collateral") if any excess proceeds are received.

4. Upon entry of this Agreed Order the 14 say stay imposed by B.R. 4001 (a)(3) is hereby waived and Creditor is to proceed immediately with liquidation of the Collateral.

5. Creditor acknowledges pursuant to the confirmed plan, the 180 day time allowance has passed for a deficiency claim.

6. Should Creditor wish to pursue a deficiency claim, a separate motion and order allowing the claim must be obtained from this Court.

###

**SUBMITTED BY:**

/s/ Adam B. Hall
Adam B. Hall (0088234)
P.O. Box 165028
Columbus, OH  43216-5028
Telephone:  614-220-5611
Fax:  614-627-8181
Email:  dcwolters@manleydeas.com
Attorney for Movant


Approved by:


/s/ Debra E. Booher
Debra E. Booher (0067804)
1350 Portage Trail
Cuyahoga Falls, OH  44223
Telephone:  330-253-1555
Fax:  330-253-1599
Email:  charlotte@bankruptcyinfo.com
Attorney for Debtor


/s/ Keith L. Rucinski
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, Ohio 44308
Tel 330.762.6335
Fax 330.762.7072
Krucinski@ch13akron.com
jferrise@ch13akron.com

Copies to:

Debra E. Booher
Attorney Debtor
1350 Portage Trail
Cuyahoga Falls, OH 44223
charlotte@bankruptcyinfo.com
(notified by ecf)

Dennis C. Trammell
Debtor
5790 Emerald Lakes Drive
Medina, OH 44256
(notified by regular US Mail)

Adam B. Hall
Attorney for Movant
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
dcwolters@manleydeas.com
(notified by ecf)

Keith Rucinski
Chapter 13 Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308
efilings@ch13akron.com
(notified by ecf)

Office of U.S. Trustee
Northern District of Ohio
Howard Metzenbaum U.S. Courthouse
Party of Interest
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
(notified by ecf)