In re:                                                                          Case No. 16-51734-amk
Dennis C. Trammell                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-5         User: bhemi              Page 1 of 1              Date Rcvd: May 23, 2017
                              Form ID: pdf739       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2017.
db           +Dennis C. Trammell,   5790 Emerald Lakes Drive,    Medina, OH 44256-6300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: rmscedi@recoverycorp.com May 23 2017 22:02:07
            Recovery Management Systems Corporation,   25 SE 2nd Avenue Suite 1120,
            Miami, FL 33131-1605
                                                                                                    TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Bank of America, N.A.
cr           Wells Fargo Bank, N.A.
                                                                                          TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2017 at the address(es) listed below:
            Adam Bradley Hall    on behalf of Creditor    Bank of America, N.A. amps@manleydeas.com
            Debra E. Booher    on behalf of Debtor Dennis C. Trammell charlotte@bankruptcyinfo.com
            Edward J. Boll, III    on behalf of Creditor    Wells Fargo Bank, N.A. nohbk@lsrlaw.com
            Keith   Rucinski    efilings@ch13akron.com,   krucinski@ecf.epiqsystems.com
                                                                                                      TOTAL: 4

This document was signed electronically on May 23, 2017, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: May 23, 2017



_____
ALAN M. KOSCHIK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Dennis C. Trammell** | : | Case No.: 16-51734 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Alan M. Koschik |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |
| | : | |

**AGREED ORDER GRANTING RELIEF FROM STAY AS TO PERSONAL PROPERTY
2007 AM HERITAGE 45E
VIN #4VZAU1C907C058383**

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by Bank of America, N.A. ("Creditor") as Docket Number 25 with respect to the certain 2007 AM Heritage, VIN # 4VZAU1C907C058383 (the "Collateral").

17-002231_JMR

Creditor has alleged that good cause exists for granting the Motion and that Dennis C. Trammell ("Debtor"), counsel for the Debtor, the Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. The Debtor, by and through counsel, has filed an Objection and has withdrawn same as is manifested by counsel's signature at the end hereof. No other party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE ORDERED** that:

1. The Motion is granted and the automatic stay imposed by 11 U.S.C. § 362(a) of the Bankruptcy Code is terminated with respect to Creditor and its successors and assigns, regarding the Collateral.

2. The Chapter 13 Trustee shall discontinue payments to Creditor on its claim under the Chapter 13 Plan filed by the Debtor.

3. Creditor is directed to file a report of sale promptly following liquidation of the 2007 AM Heritage 45E (the "Collateral") if any excess proceeds are received.

4. Upon entry of this Agreed Order the 14 say stay imposed by B.R. 4001 (a)(3) is hereby waived and Creditor is to proceed immediately with liquidation of the Collateral.

5. Creditor acknowledges pursuant to the confirmed plan, the 180 day time allowance has passed for a deficiency claim.

6. Should Creditor wish to pursue a deficiency claim, a separate motion and order allowing the claim must be obtained from this Court.

###

**SUBMITTED BY:**

/s/ Adam B. Hall
Adam B. Hall (0088234)
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Email: dcwolters@manleydeas.com
Attorney for Movant


Approved by:


/s/ Debra E. Booher
Debra E. Booher (0067804)
1350 Portage Trail
Cuyahoga Falls, OH 44223
Telephone: 330-253-1555
Fax: 330-253-1599
Email: charlotte@bankruptcyinfo.com
Attorney for Debtor


/s/ Keith L. Rucinski
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, Ohio 44308
Tel 330.762.6335
Fax 330.762.7072
Krucinski@ch13akron.com
jferrise@ch13akron.com

Copies to:

| | |
|---|---|
| Debra E. Booher<br>Attorney Debtor<br>1350 Portage Trail<br>Cuyahoga Falls, OH 44223<br>charlotte@bankruptcyinfo.com<br>(notified by ecf) | Keith Rucinski<br>Chapter 13 Trustee<br>One Cascade Plaza<br>Suite 2020<br>Akron, OH 44308<br>efilings@ch13akron.com<br>(notified by ecf) |
| Dennis C. Trammell<br>Debtor<br>5790 Emerald Lakes Drive<br>Medina, OH 44256<br>(notified by regular US Mail) | Office of U.S. Trustee<br>Northern District of Ohio<br>Howard Metzenbaum U.S. Courthouse<br>Party of Interest<br>201 Superior Avenue<br>Cleveland, OH 44114<br>(Registered address)@usdoj.gov<br>(notified by ecf) |
| Adam B. Hall<br>Attorney for Movant<br>Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028<br>dcwolters@manleydeas.com<br>(notified by ecf) | |